WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harris Technical Sales, Inc., ) | No. 06-CV-02471-PHX-RCB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Eagle Test Systems, Inc., ) | |
| Defendant. ) | |

Currently pending before the court is a motion by plaintiff, Harris Technical Sales, Inc., for a "Continuance of Time to Conduct Discovery and Supporting Affidavits" made pursuant to Fed. R. Civ. P. 56(f) (doc. 48). Having considered that motion, the opposition thereto by defendant Eagle Test Systems, Inc. (doc. 51), plaintiff's reply (doc. 59), and the oral telephonic argument of counsel on September 18, 2007, the court rules as follows.

Plaintiff's motion for a continuance (doc. 48) is GRANTED.

IT IS ORDERED that:

(1) the requested depositions of Leonard Foxman, Miriam Becerra, Loretta Aidikonis and Patti Weltmann, shall be completed on or before Wednesday, October 31, 2007;

IT IS FURTHER ORDERED that with respect to plaintiff's First Request for Production of Documents (doc. 41), at plaintiff's

1  election, that matter shall be the subject of a conference call
2  with the court and counsel; or, alternatively plaintiff may proceed
3  by filing and serving a motion to compel in connection therewith;
4      IT IS FURTHER ORDERED that plaintiff's counsel shall advise
5  the court by no later than 5:00 p.m., Monday, September 24, 2007,
6  as to whether he elects to proceed via conference call or written
7  motion;
8      IT IS FURTHER ORDERED that if plaintiff elects to file a
9  motion to compel, such motion shall be filed and served no later
10 than Friday, September 28, 2007; defendant's response shall be
11 filed in accordance with LRCiv. 7.2(c); and plaintiff's reply, if
12 any, shall be filed and served in accordance with LRCiv. 7.2(d);
13 and finally,
14     IT IS ORDERED that following completion of the foregoing
15 discovery, plaintiff shall file its response to defendant's pending
16 motion for partial summary judgment (doc. 44). That response shall
17 be filed and served no later than Monday, November 19, 2007.
18 Defendant's reply, if any, shall be filed in accordance with LRCiv.
19 7.2(d).
20     This order is in no way to be construed as resolving the issue
21 of the applicability of the Illinois Sales Representative Act to
22 the present action.
23     DATED this 19th day of September, 2007.

                                    _____
                                    Robert C. Broomfield
                                    Senior United States District Judge

27 Copies to all counsel of record

- 2 -